## HOLLAND v. STATE.

### No. 18496.

Court of Criminal Appeals of Texas.
May 27, 1936.

Savage, Holder & Oatis, of Dallas, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, Presiding Judge.

The offense is theft; penalty assessed at confinement in the penitentiary for two years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is dismissed.